JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EZRA STRONG COCKRELL,** | ) NO. CV 19-5991-KS )  |
| Plaintiff, | ) ) **JUDGMENT** |
| v. | ) ) |
| **ANDREW M. SAUL,** Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |
| _____ | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: June 25, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE